## WILLIAMS v. STATE.

(Court of Criminal Appeals of Texas. Jan. 28, 1914.)

Appeal from District Court, Smith County; R. W. Simpson, Judge.

Jim Williams was convicted of cattle theft, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. From a conviction of cattle theft, with the lowest punishment assessed, appellant prosecutes this appeal. There is no statement of facts, in the absence of which no question is raised that can be reviewed. The judgment is affirmed.